IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

STACY WONSEY ANDERSON,

    Defendant.
_____

Case No.

Hon.

## INFORMATION

The United States charges:

### COUNT ONE
### 26 U.S.C. § 7206(2)
### (Aiding and Assisting in the Preparation of a False Tax Return)

On or about January 31, 2019, in the Eastern District of Michigan, STACY WONSEY ANDERSON ("WONSEY ANDERSON"), a resident of Alma, Michigan, willfully aided and assisted in, and procured, counseled, and advised the preparation and presentation to the Internal Revenue Service of a U.S. Corporation Income Tax Return, Form 1120, for Wonsey Tree Service, Inc. ("WTS"), for the tax year 2017 (ending June 30, 2018), which was false and fraudulent as to a material matter. That Form 1120 reported that WTS had taxable income of

1

$4,840,205, whereas, as WONSEY ANDERSON knew, WTS had taxable income in excess of that amount.

In violation of Title 26, United States Code, Section 7206(2).

STUART M. GOLDBERG
Acting Deputy Assistant Attorney General
Tax Division, U.S. Department of Justice

DAWN N. ISON
United States Attorney
U.S. Attorney's Office for the Eastern District of Michigan

Dated: October 19, 2023

/s/ Melissa S. Siskind
MELISSA S. SISKIND
COLLEEN M. MCCARTHY
Trial Attorneys
Department of Justice, Tax Division

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number: |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)**[1]: | 1:23-cr-20578 |
| ☑ Yes ☐ No | **AUSA's Initials:** MSS |

**Case Title:** USA v. Stacy Wonsey Anderson

**County where offense occurred:** Gratiot

**Offense Type:** Felony

Information -- no prior complaint

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

**Reason:**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

**Melissa Siskind**

**Colleen McCarthy**

10/19/2023
Date

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence.  Cases may be companion cases even though one of them may have already been terminated.